O

**(AMENDED AS TO JUDICIAL OFFICER)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLUS FOOTCARE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendants. | Case No. CV 14-08726 DDP (JEMx)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>[Dkt. No. 69] |

    Presently before the Court is Plaintiff Implus Footcare, LLC's Ex Parte Application for a Temporary Restraining Order to prevent Defendant Ontel Products Corp. from selling allegedly infringing products. (Dkt. No. 69.) Because Plaintiff has failed to show that it would suffer irreparable injuries that are not curable by money damages, and because Plaintiff has not shown a substantial likelihood of success on the merits of its case due to Defendant's arguments about patent invalidity, this Court hereby DENIES

Plaintiff's Application for a Temporary Restraining Order.

IT IS SO ORDERED.

Dated: 11/13/15

OTIS D. WRIGHT, II
United States District Judge

2