Joseph P. Costa, Esq. (State Bar No. 130131)
Lindsay T. Cinotto, Esq. (State Bar No. 258852)
COSTA, BESSER & CHILDRESS LLP
17383 Sunset Blvd., Suite A350
Pacific Palisades, California 90272
Tel: (310) 394-6611
Fax: (310) 394-6612
E-Mail: joseph.costa@costalaw.com

Attorneys for Plaintiff Implus Footcare, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLUS FOOTCARE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No.: 2:14-cv-08726-DDP-JEM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Discovery Cutoff: Not Set<br>Motion Cutoff: Not Set<br>Trial Date: Not Set<br><br>Action Filed: November 10, 2014 |

**IT IS HEREBY STIPULATED** by and among the parties to the said action, through their designated counsel, that the Court may dismiss with prejudice Plaintiff/counter-defendant Implus Footcare, LLC's ("Plaintiff") First Amended Complaint (Dk. #21) and defendant/counter-claimant Ontel Products Corporation's ("Defendant") First Amended Answer to First Amended Complaint and First

1

Amended Counterclaim (Dk. #56), thus constituting a dismissal of the entire action, pursuant to F.R.C.P. 41 (a) (1), each party bearing his or its own attorneys' fees and costs.

Dated:  February 4, 2016           COSTA BESSER AND CHILDRESS LLP

/s/ Joseph P. Costa
Joseph P. Costa

Dated: February 4, 2016            Beshada Farnese LLP

/s/ Peter Farnese
Peter Farnese