Joseph P. Costa, Esq. (State Bar No. 130131)
Lindsay T. Cinotto, Esq. (State Bar No. 258852)
COSTA, BESSER & CHILDRESS LLP
17383 Sunset Blvd., Suite A350
Pacific Palisades, California 90272
Tel: (310) 394-6611
Fax: (310) 394-6612
E-Mail: joseph.costa@costalaw.com

Attorneys for Plaintiff Implus Footcare, LLC

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLUS FOOTCARE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey corporation,<br><br>Defendant. | Case No.: 2:14-cv-08726-DDP-JEM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Discovery Cutoff: Not Set<br>Motion Cutoff: Not Set<br>Trial Date: Not Set<br><br>Action Filed: November 10, 2014 |

WHEREAS, the parties to the said action, through their designated counsel, stipulated that the Court may dismiss with prejudice Plaintiff/counter-defendant Implus Footcare, LLC's ("Plaintiff") First Amended Complaint (Dk. #21) and defendant/counter-claimant Ontel Products Corporation's ("Defendant") First Amended Answer to First Amended Complaint and First Amended Counterclaim (Dk.

1

1 | #56) and dismiss the entire action;

2 | THEREFORE, the entire action is dismissed pursuant to F.R.C.P. 41 (a) (1), with
3 | each party bearing his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 05, 2016

UNITED STATES DISTRICT JUDGE